IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00993-WYD-MEH

VOLTAGE PICTURES, LLC, a California Limited Liability Company,

    Plaintiff,

v.

DOES 1-18,

    Defendants.

## ORDER

In accordance with the Notice of Dismissal filed on June 6, 2013 (ECF No. 14), it is

ORDERED that Defendant Doe #4 is **DISMISSED WITH PREJUDICE**, and shall hereafter be taken off the caption.

Dated:  June 10, 2013

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge