IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00993-WYD-MEH

VOLTAGE PICTURES, LLC, a California Limited Liability Company,

    Plaintiff,

v.

DOES 1–3, 6-17,

    Defendants.

## ORDER

In accordance with the Notice of Dismissal filed on August 7, 2013 (ECF No. 19), it is

ORDERED that Defendant Does #7 and 8 are **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and shall hereafter be taken off the caption.

Dated:  August 9, 2013

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Senior United States District Judge